## People of the State of Illinois, Defendant in Error, v. Marion Wilson, Plaintiff in Error.

**Gen. No. 40,987.**

Heard in second division, first district, at October term, 1939; opinion filed February 23, 1940; rehearing denied April 1, 1940. George B. Holmes, for plaintiff in error; Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher, Melvin S. Rembe and Blair L. Varnes, Assistant State's Attorneys, of counsel. Opinion by Presiding Justice JOHN J. SULLIVAN. "Not to be published in full."